UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CHRISTOPHER POGASH**

     **Plaintiff,**　　　　　　　　　　　　**CASE NO.: 3:24-cv-13-HLA-PDB**

**vs.**

**SHANDS TEACHING HOSPITAL AND
CLINICS, INC., d/b/a UF HEALTH JACKSONVILLE,
and
MERCHANTS ASSOCIATION COLLECTION
DIVISION INC. d/b/a SHERLOQ FINANCIAL,**

     **Defendants.**
_____/

**NOTICE OF SETTLEMENT
[As to all Defendants]**

COME NOW, Plaintiff, Christopher Pogash, by and through undersigned counsel, hereby provides notice that Plaintiff and all Defendants have reached a resolution of the dispute that is the subject of this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within 30 days) upon the completion of certain obligations set forth in their agreement.

                        Dated this 12th of September, 2024.

                                         **STORY GRIFFIN**

                                         /s/ Austin Griffin, Esq.
                                         Max Story, Esquire
                                         Florida Bar No. 0527238
                                         Austin J. Griffin, Esq.

Florida Bar No. 0117740  
328 2ND Avenue North  
Jacksonville Beach, Florida 32250  
Telephone: (904) 372-4109  
Fax: (904) 758-5333  
max@storylawgroup.com  
austin@storylawgroup.com  
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2024, I electronically filed the foregoing with Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Austin Griffin, Esquire  
Florida Bar No. 0117740